## THELONIOUS PAIGE *v.* SAINT ANDREW'S ROMAN CATHOLIC CHURCH CORPORATION ET AL.
### (11830)

DUPONT, C. J., FOTI and FREEDMAN, Js.

Submitted on briefs May 9—decision released May 31, 1994

*Richard S. Bartlett* filed a brief for the appellant (Turnpike Furnace Company).

*Vincent M. Musto* filed a brief for the appellee (plaintiff).

*Mark R. Cramer* filed a brief for the appellees (named defendant et al.).

PER CURIAM. The judgment is affirmed.